USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/21/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES,

        Plaintiff,

-against-

KIN LIN BELIDNA WONG,

        Defendant.

21-cr-109-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    IT IS HEREBY ORDERED that the conference scheduled for June 24, 2021, at 2:00 PM is adjourned to August 24, 2021, at 2:00 PM. IT IS FURTHER ORDERED that all time under the Speedy Trial Act is excluded from June 24, 2021, to August 24, 2021, in the interest of justice and on consent of the parties.

**SO ORDERED.**

**Date: June 21, 2021**
**New York, NY**

                                          **MARY KAY VYSKOCIL**
                                          **United States District Judge**