LAW OFFICES
## DAVID WIKSTROM
950 THIRD AVENUE - 32ND FLOOR
NEW YORK, NEW YORK 10022

E-MAIL: DAVID@DAVIDWIKSTROM.COM
WWW.DAVIDWIKSTROM.COM

TELEPHONE: (212) 248-5511
FACSIMILE: (212) 248-2866

July 26, 2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/28/2021

The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  United States v. Kin Lin Belinda Wong
     21 CR 109 (MKV)

Dear Judge Vyskocil:

By this letter motion I respectfully request that the Court approve the temporary return of the passport belonging to the Defendant, which was surrendered to Pretrial Services as a condition of the defendant's release on bail on Feb. 5, 2020. Assistant United States Attorney Elizabeth Espinosa and Pretrial Services Officer Francesca Piperato do not object to this request.

Ms. Wong has a scheduled interview with U. S. Customs and Immigration Service on August 2, 2021 in connection with an application filed in 2018. At the interview she must present, among other things, her original passport.

If approved, Ms. Wong will pick up her passport from Pretrial on the morning of August 2, 2021 and return it to Pretrial immediately on completion of her interview.

I thank the Court for its consideration and assistance.

Sincerely,

David Wikstrom

> The Court GRANTS Defendant's request to modify the conditions of release to allow for the temporary return of her passport. Defendant shall pick up her passport from Pretrial Services immediately before and on her way to the interview on August 2, 2021, and shall return it to Pretrial Services immediately after the interview. Defendant shall also check in with Pretrial Services when she arrives at and when she leaves the interview.
> SO ORDERED.
>
> Date: 7/28/2021            Mary Kay Vyskocil
> New York, New York         Mary Kay Vyskocil
>                            United States District Judge