UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES,

                Plaintiff,

-against-

KIN LIN BELIDNA WONG,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/19/2021

21-cr-109-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    IT IS HEREBY ORDERED that the conference scheduled for August 24, 2021, at 2:00 PM is adjourned to October 8, 2021, at 2:00 PM. IT IS FURTHER ORDERED that all time under the Speedy Trial Act is excluded from August 24, 2021, to October 8, 2021, in the interest of justice and on consent of the parties.

**SO ORDERED.**

**Date: August 19, 2021**
**New York, NY**

                                    **MARY KAY VYSKOCIL**
                                    **United States District Judge**