UNITED STATES DICSTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:21-cr-00109 (MKV) |
| -against- | **ORDER** |
| KIN LIN BELINDA WONG, | |
| Defendants. | |

---

MARY KAY VYSKOCIL, United States District Judge

      The Government has requested [ECF No 34] an adjournment of the status conference scheduled for October 8th, 2021.  The defendant consents to this request.

      The request is GRANTED.  The Status Conference is adjourned to November 8th at 10:00am.  The conference will be held in Courtroom 18C in the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007. The public may dial 888 278-0296 using access code 5195844 to listen remotely.

      IT IS FURTHER ORDERED that all time between the date of this Order and November 8th 2021 is excluded for the purpose of the Speedy Trial Act.  The Court finds that the ends of justice served by allowing time for the Government and Defendant to discuss resolution of this matter outweigh the interests of the public and Defendant in a speedy trial.  The Court further notes that the Defendant consents to the exclusion of time.

**SO ORDERED.**

**Date October 5, 2021**

**New York, NY**

*/s/ Mary Kay Vyskocil*
MARY KAY VYSKOCIL
United States District Judge