```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/15/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                            :

UNITED STATES OF AMERICA

                                                                            :        CONSENT PRELIMINARY ORDER

        - v. -                                                OF FORFEITURE/

                                                                            :        <u>MONEY JUDGMENT</u>

KIN LIN BELINDA WONG,

                                                                             :        21 Cr. 109 (MKV)

                Defendant.

                                                                             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

        WHEREAS, on or about February 19, 2021, KIN LIN BELINDA WONG (the "Defendant"), was charged in an Information, 21 Cr. 109 (MKV) (the "Information"), with counterfeit goods trafficking conspiracy, in violation of Title 18, United States Code, Section 2320(a)(1) (Count One); trafficking in counterfeit goods, in violation of Title 18, United States Code, Sections 2320(a)(1) and 2 (Count Two); wire fraud, in violation of Title 18, United States Code, Sections 1343 and 2 (Count Three); and aggravated identity theft, in violation of Title 18, United States Code, Sections 1028A(a)(1), 1028A(b), and 2 (Count Four);

        WHEREAS, on or about November 8, 2021, the Defendant pled guilty to Count Three of the Information, pursuant to a plea agreement with the Government, wherein the Defendant agreed to forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), a sum of money equal to $901,953 in United States currency, representing the proceeds traceable to the commission of the offense charged in Count Three of the Information;

        WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $901,953 in United States currency, representing the amount of proceeds traceable to the offense charged in Count Three of the Information that the Defendant personally obtained; and

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the proceeds traceable to the offense charged in Count Three of the Information that the Defendant personally obtained cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Damian Williams, United States Attorney, Assistant United States Attorney, Elizabeth A. Espinosa of counsel, and the Defendant, and his counsel, David Wikstrom, Esq., that:

1. As a result of the offense charged in Count Three of the Information, to which the Defendant pled guilty, a money judgment in the amount of $901,953 in United States currency (the "Money Judgment"), representing the amount of proceeds traceable to the offense charged in Count Three of the Information that the Defendant personally obtained, shall be entered against the Defendant.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant KIN LIN BELINDA WONG, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3. All payments on the outstanding Money Judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to United States Customs and Border Protection, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the Defendant's name and case number.

4. Upon entry of this Consent Preliminary Order of Forfeiture/Money Judgment, and pursuant to Title 21, United States Code, Section 853, United States Customs and Border Protection, or its designee the Office of Fines, Penalties, and Forfeiture shall be authorized to deposit the payment on the Money Judgment in the Treasury Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5. Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7. The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

[REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]

8. The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____     2/18/2022
    ELIZABETH A. ESPINOSA                DATE
    Assistant United States Attorney
    One St. Andrew's Plaza
    New York, NY 10007
    (212) 637-2216


KIN LIN BELINDA WONG

By: _____     3/10/2022
    KIN LIN BELINDA WONG                 DATE

By: _____     3/10/2022
    DAVID WIKSTROM, ESQ.                 DATE
    Attorney for Defendant
    950 Third Avenue, 32nd Floor
    New York, NY 10022


SO ORDERED:

_____          3/15/22
HONORABLE MARY KAY VYSKOCIL              DATE
UNITED STATES DISTRICT JUDGE