LAW OFFICES
# DAVID WIKSTROM
5 COLUMBUS CIRCLE - 11TH FLOOR
NEW YORK, NEW YORK 10019

E-MAIL: DAVID@DAVIDWIKSTROM.COM
WWW.DAVIDWIKSTROM.COM

TELEPHONE: (212) 248-5511
FACSIMILE: (212) 248-2866

July 8, 2022

The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York. NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/11/2022

Re: <u>United States v. Belinda Wong</u>
   21 CR 109 (MKV)

Dear Judge Vyskocil:

   I write to request a further 30-day postponement of Belinda Wong's surrender date, which is currently set for July 16, 2022. The Government, by AUSA Elizabeth Espinosa, consents. The Court granted my previous application for a stay, filed on June 6, 2022.

   Ms. Wong's application for a waiver of inadmissibility remains pending with USCIS. As noted previously, if she is determined not to be subject to removal, that fact will affect the designation itself, and it will also affect the security level of the facility to which she is assigned, her eligibility for programming, her eligibility for earned good time credits, her eligibility for home confinement during the last months of her sentence, and the like.

   As of today, Ms. Wong has not received any notification of her designation to a particular place of confinement.

   Accordingly, I respectfully request that the Court extend the date of Ms. Wong's surrender for a further period of 30 days.

Respectfully,

David Wikstrom

**In light of the Defendant's designation to FCI Aliceville, Defendant's request for an extension of the date to surrender is DENIED.  SO ORDERED.**

Date: 7/11/2022
New York, New York

Mary Kay Vyskocil
United States District Judge