**LAW OFFICES**
**DAVID WIKSTROM**
5 COLUMBUS CIRCLE - 11TH FLOOR
NEW YORK, NEW YORK 10019

E-MAIL: david@davidwikstrom.com
WWW.DAVIDWIKSTROM.COM

TELEPHONE: (212) 248-5511
FACSIMILE: (212) 248-2866

July 13, 2022

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #:_____ |
| DATE FILED: 7/13/2022 |

The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007

Re: <u>United States v. Belinda Wong</u>
    21 CR 109 (MKV)

Dear Judge Vyskocil:

By this letter motion I respectfully request a stay of Ms. Wong's surrender from Friday July 15, 2022 to Monday, July 25, 2022. Assistant United States Attorney Elizabeth Espinosa consents to the application.

Ms. Wong tested positive for COVID-19 by a PCR test administered yesterday after becoming symptomatic. (Exh. 1.) Given that circumstance, even if the institution were to admit her, which frankly I doubt,[1] she would not be allowed to board an aircraft to get herself there.

The CDC recommends no travel for symptomatic COVID sufferers. (https://www.cdc.gov/coronavirus/2019-ncov/travelers/travel-during-covid19.html.) Accordingly, I request that Ms. Wong's surrender be stayed ten days, from Friday, July 15, 2022 to Monday, July 25, 2022.

Respectfully submitted,

*/s/ David Wikstrom*

David Wikstrom

---

**GRANTED. The Defendant's surrender date is extended to July 25, 2022. SO ORDERED.**

Date: 7/13/2022
New York, New York

*/s/ Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge