LAW OFFICES
# DAVID WIKSTROM
5 COLUMBUS CIRCLE - 11TH FLOOR
NEW YORK, NEW YORK 10019

E-MAIL: DAVID@DAVIDWIKSTROM.COM
WWW.DAVIDWIKSTROM.COM

TELEPHONE: (212) 248-5511
FACSIMILE: (212) 248-2866

July 22, 2022

The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  7/22/2022
```

Re:  United States v. Belinda Wong
     21 CR 109 (MKV)

Dear Judge Vyskocil:

   By this letter motion I respectfully request a furtherr one week stay of Ms. Wong's surrender from Monday, July 25, 2022 to Monday, August 1, 2022. Assistant United States Attorney Elizabeth Espinosa consents to the application.

   Ms. Wong's son Jonathan had a severe reaction to an animal bite on July 17th and was hospitalized with severe swelling and elevated blood pressure. He was discharged yesterday, with instructions for follow-up appointments with two doctors and prescriptions for a variety of medications. A copy of his discharge summary is attached.

   Ms. Wong seeks a further one-week stay of her surrender to permit her to attend to her son's needs this week and surrender having been assured that his recovery is complete.

   Accordingly, I request that Ms. Wong's surrender be stayed ten days, from Monday, July 25, 2022 to Monday, August 1, 2022.

Respectfully submitted,

David Wikstrom

**DENIED. SO ORDERED.**

Date:  7/22/2022
New York, New York

Mary Kay Vyskocil
United States District Judge