USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/4/2023

LAW OFFICES
DAVID WIKSTROM
250 WEST 55TH STREET, 17TH FLOOR
NEW YORK, NY 10019

E-MAIL: DAVID@DAVIDWIKSTROM.COM
WWW.DAVIDWIKSTROM.COM

TELEPHONE: (212) 248-5511
FACSIMILE: (212) 248-2866

August 4, 2023

The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007

Re: United States v. Kin Lin Belinda Wong
21 CR 109 (MKV)

Dear Judge Vyskocil:

By this letter motion, I respectfully request the return of the passport belonging to the Defendant, which was surrendered to Pretrial Services as a condition of the defendant's release on bail on Feb. 5, 2020. Assistant United States Attorney Elizabeth Espinosa and Pretrial Services Officer Madalyn Toledo do not object to this request.

Ms. Wong has completed her sentence, and has been ordered removed from the United States. She is currently in ICE custody in Louisiana, awaiting return travel to Hong Kong. She needs her passport in order to facilitate the removal process. The passport is currently in the custody of Pretrial Services.

Accordingly, I respectfully request that the Court order that Ms. Wong's passport be returned to her son, Justin Cooper, who is coordinating his mother's travel with the ICE facility and who will pick it up personally from Pretrial at the Courthouse.

Respectfully,

David Wikstrom

**GRANTED IN PART and DENIED IN PART. Pretrial Services may release the passport to Defendant's counsel or to Probation to turn over to ICE. SO ORDERED.**

Date: 8/4/2023
New York, New York

Mary Kay Vyskocil
United States District Judge